■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GERALD PRADON, Appellant.—Appeal by defendant, as limited by his motion, from two sentences of the Supreme Court, Suffolk County (Indictment Nos. 953-73, 948-73), both imposed April 19, 1976. Sentences affirmed. No opinion. Damiani, Rabin and Titone, JJ., concur; Margett, Acting P. J., and Shapiro,

J., dissent and vote to modify sentences in accordance with the recommendation made by the probation department.